PS-8

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Alicia Drayton                                                      Docket No. 7:14-CR-78-9BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Alicia Drayton, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh on the 10th day of September, 2014.

The defendant appeared before Terrence W. Boyle, U.S. District Judge for arraignment on the 17th day of November, 2014, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant informed the probation officer that she was struggling with depression and having problems sleeping at night. The probation officer believes the defendant would benefit from mental health counseling. The probation officer contacted the defendant's attorney and she voiced no objection to modifying the defendant's conditions to include mental health treatment.

The defendant signed a waiver agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's pretrial release conditions be modified to include the following special condition:

The defendant shall participate in a program of mental health treatment, as directed by the probation office, until such time as the defendant is released from the program by the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308,
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: March 13, 2015

### ORDER OF THE COURT

Considered and ordered the _16_ day of _March_, 2015, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge