IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CR-78-9BO

| | | |
|---|---|---|
| ALICIA DRAYTON | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA | ) | |

The papers filed by the petitioner in this case are hereby returned to petitioner for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(X) The pleading received on 1/14/2016 **was not signed** or did not have an original signature.

( ) The pleading was not on 8 1/2" by 11" paper. All pleadings submitted must be on standard letter size paper.

( ) The pleading did not contain a case name and number. In order to be able to quickly and accurately process pleadings, they must provide the case name <u>and</u> the case number assigned to the action by the Clerk's Office.

( ) Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within fourteen (14) days from the filing of this order. The petitioner has the right to re-submit these papers for processing upon compliance with the Federal Rules of Civil Procedure and the local rules of this court.

So ordered this __12th__ day of August, 2016.

_____
Kimberly Swank
United States Magistrate Judge